## BARE v. BARRINGTON

No. 94P90

Case below: 97 N.C.App. 282

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## BOUTWELL v. BOUTWELL

No. 142P90

Case below: 97 N.C.App. 332

Petition by defendant for temporary stay denied 4 April 1990.

## CARROLL v. DANIELS CONSTRUCTION CO.

No. 55PA90

Case below: 96 N.C.App. 649

Petition by defendant (Insurance Company) for discretionary review pursuant to G.S. 7A-31 allowed 10 May 1990.

## CASEY v. FREDERICKSON MOTOR EXPRESS CORP.

No. 78P90

Case below: 97 N.C.App. 49

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## CHEROKEE INS. CO. v. R/I, INC.

No. 75P90

Case below: 97 N.C.App. 295

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.